WILLIAM L. MANTHA CO., INC., Appellant, v. MINNIE ALICE DE GRAFF and Another, as Executors, etc., of WILLIAM WESTERBEKE, Deceased, Respondents.— Order appealed from reversed on the law and the facts, with costs, motion denied, verdict reinstated and judgment directed to be entered thereon, with costs. In our opinion the testimony given by the witness Freiman was not concerning any personal transaction with the deceased. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

PASQUALE MINECHINO, as Administrator, etc., of CARMINE MINECHINO, Deceased, Respondent, v. STANLEY LADKY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

HELENE MOLTE, Appellant, v. ALFRED F. BARBARESI, Trading under the Firm Name and Style of BARBARESI & SON, Respondent.— Order modified by striking therefrom the portion thereof which grants defendant leave to serve an amended answer, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. In our opinion, the Special Term improperly exercised its discretion in granting defendant leave to serve an amended answer, in view of the gross laches disclosed by the record, which is entirely unexcused. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

LILLIAN MURPHY, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event. The plaintiff barely made a question of fact, aided by the presumption that death must ordinarily be attributed to some other cause than suicide. This presumption disappeared in the face of the evidence, and the inference is fairly to be drawn therefrom that the death of the insured was caused by his own act with suicidal intent. The verdict is, therefore, against the weight of the evidence. (See Lindblom v. Metropolitan Life Insurance Co., 210 App. Div. 177 and McVeigh v. New York Life Insurance Co., 230 id. 136.) Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY H. SULLIVAN, Individually and as Executrix, etc., as Substitute Relator for TIMOTHY J. SULLIVAN, Appellant, v. THOMAS P. McLAUGHLIN and Others, Constituting the Board of Appeals on Zoning of the City of New Rochelle, Respondents.* — Order quashing the petition for an order of certiorari and dismissing the proceeding reversed on the law and the facts, with costs, certiorari order sustained, determination of the board of appeals of the city of New Rochelle annulled, and it is directed that a permit be issued for the creation of a gasoline station upon the property in question. In our opinion, the appellant's property cannot now be devoted to a conforming use and the respondents improperly exercised their discretion. Denial of appellant's application on the facts shown was a denial of " substantial justice." Young, Hagarty, Carswell and Scudder, JJ., concur; Davis, J., dissents and votes to affirm.